**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01112-CV

## DUAL COMMERCIAL, LLC D/B/A PGI COMMERCIAL LLC, Appellant

### V.

## CINCINNATI CASUALTY COMPANY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05795-E**

## ORDER

Before the Court is the request of Vikki Ogden, Official Court Reporter for County Court at Law No. 5, for an extension of time to file her portion of the reporter's record. Ms. Ogden explains in her motion that one of the two reporter's records requested was recorded by substitute reporter Yolanda Atkins. Ms. Ogden requests an extension until November 5, 2018.

This is an accelerated appeal. We **GRANT** the request as follows: We **ORDER** Ms. Ogden as the Official Court Reporter to ensure that the complete reporter's record is filed **WITHIN TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Ogden, Ms. Atkins, and all parties.

/s/      ADA BROWN
         JUSTICE